FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

1 | PATRICK T. CONNOR, Bar No. 89136
Email: pconnor@deconsel.com
2 | MARGARET R. GIFFORD, Bar No. 118222
Email: mgifford@deconsel.com
3 | DeCARLO, CONNOR & SHANLEY
A Professional Corporation
4 | 533 S. Fremont Avenue, 9th Floor
Los Angeles, California 90071-1706
5 | Telephone: 213/488-4100
Telecopier: 213/488-4180
6
7 | ATTORNEYS FOR PLAINTIFFS, CARPENTERS SOUTHWEST
ADMINISTRATIVE CORPORATION and FLOYD CLAY
8
UNITED STATES DISTRICT COURT
9
CENTRAL DISTRICT OF CALIFORNIA
10
SOUTHERN DIVISION (SANTA ANA)
11

12 | CARPENTERS SOUTHWEST            )   CASE NO. SACV 06-0916
ADMINISTRATIVE CORPORATION, a   )        AG(PJWx)
13 | California non-profit corporation; and )
FLOYD CLAY, AS A FIDUCIARY OF   )
14 | THE SOUTHWEST CARPENTERS        )
HEALTH AND WELFARE TRUST, THE )
15 | SOUTHWEST CARPENTERS PENSION )
TRUST, THE SOUTHWEST VACATION )      [~~PROPOSED~~] JUDGMENT
16 | TRUST, AND THE SOUTHWEST        )
CARPENTERS TRAINING FUND,        )
17 |                                )
                Plaintiffs,      )
18 |                                )
v.                               )
19 |                                )
BANNER CONCRETE CONCEPTS,        )
20 | INC., a California corporation; JOHN )
CHARLES RIDDLE also known as JOHN )
21 | C. RIDDLE and as JOHN RIDDLE, an )
individual; and DOES 1through 10,     )
22 | inclusive,                       )
                                )
23 |                Defendants.      )
_____)
24
25 |      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs,
26 | CARPENTERS SOUTHWEST ADMINISTRATIVE CORPORATION and
27 | FLOYD CLAY,  have judgment against defendants, BANNER CONCRETE
28 | CONCEPTS, INC., a California corporation; JOHN CHARLES RIDDLE also

1   known as JOHN C. RIDDLE and as JOHN RIDDLE, an individual, in the amount

2   of $4,085.37, interest from November 1, 2007 through ~~January 8,~~ 2008 at the rate
    *February*

3   of 10%, accruing at the rate of $1.13 per day in the amount of ~~$75.77~~, attorneys
    *$110.74*

4   fees in the amount of $608.54, for a total of ~~$4,769.62~~.
    *$4,804.65*

5

6   DATE:**FEBRUARY 18, 2008**

7                                THE HONORABLE ANDREW J. GUILFORD
                                 UNITED STATE DISTRICT JUDGE

8

9

10  Presented by,

11  DeCARLO, CONNOR & SHANLEY
    A Professional Corporation

12

13

14  By: /s/ Margaret R. Gifford    1/11/08
        MARGARET R. GIFFORD

15      Attorney for Plaintiffs, Carpenters
        Southwest Administrative Corporation

16      and Floyd Clay

17

18

19

20

21

22

23

24

25

26

27

28

                                        2